UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER RILEY, | |
| Petitioner, | |
| -against- | 1:24-CV-1408 (LTS) |
| OMH COMMISSIONER OF NEW YORK STATE OFFICE OF MENTAL HEALTH, | TRANSFER ORDER |
| Respondent. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Petitioner, who is currently being treated in the Kingsboro Psychiatric Center, in Brooklyn, Kings County, New York, brings what the Court understands to be a *pro se* petition for a writ of *habeas corpus*, under 28 U.S.C. § 2254, in which he seems to challenge a judgment of the New York Supreme Court, Kings County, criminally convicting him and imposing a sentence upon him, or determining that he was not criminally responsible by reason of mental disease or defect and directing his hospitalization. Because the applicable state-court judgment was issued in Kings County, which is located in the Eastern District of New York, *see* 28 U.S.C. § 112(c), the Court transfers this action, under Local Civil Rule 83.3 and 28 U.S.C. § 2241(d), to the United States District Court for the Eastern District of New York.

      The Court directs the Clerk of Court to transfer this action to the United States District Court for the Eastern District of New York. Whether Petitioner should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. This order closes this action in this court.

      Because Petitioner has not, at this time, made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 29, 2024
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge